**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6744**

---

ANTOINE KNIGHTNOR; DEMETRICE MURRAY,

Plaintiffs - Appellants,

versus

RON ANGELONE; G. JOHNSON; R. A. YOUNG; PAGE
TRUE; ELSWICK; J. ARMENTROUT; BARTON; R.
AUSTIN; J. BENTLEY; B. EDMONDS; JOHN DOE; L.
FLEMING; D. MILLS; R. RITER; D. ARMSTRONG; M.
PAIR; MR. BAN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-00-232-7)

---

Submitted: August 28, 2001          Decided: September 11, 2001

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Antoine Knightnor, Demetrice Murray, Appellants Pro Se.  Pamela
Anne Sargent, Assistant Attorney General, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antoine Knightnor and Demetrice Murray appeal the district court order granting summary judgment in favor of the Defendants in this civil action challenging Division Operating Procedure 864, a prison grooming policy. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Knightnor v. Angelone, CA-00-232-7 (W.D. Va. Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2